UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

PATRICIA LOVE,                          No. 2:05-cv-2140-MCE-PAN

     Plaintiff,

  v.

MERCK & COMPANY, INC., and
MCKESSON CORPORATION,

     Defendants.
_____/

LINDA WINTER,                           No. 2:06-cv-0583-FCD-DAD

     Plaintiff,

  v.

MERCK & CO., INC. and
MCKESSON CORPORATION,

     Defendants.
_____/

    The Court has received the Notice of Related Cases concerning the above-captioned cases filed.  <u>See</u> Local Rule 83-123, E.D. Cal. (1997).  The Court has determined, however, that it is inappropriate to relate or reassign the cases, and therefore declines to do so.

///

1  This order is issued for informational purposes only, and shall
2  have no effect on the status of the cases, including any previous
3  Related (or Non-Related) Case Order of this Court.
4       IT IS SO ORDERED.
5  DATE: April 4, 2006

```
                                    _____
                                    MORRISON C. ENGLAND, JR
                                    UNITED STATES DISTRICT JUDGE
```